**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**CLEVELAND DIVISION**

| | | |
|---|---|---|
| CAROLYN BROOKS<br><br>Plaintiff,<br>v.<br><br>NATIONAL CREDIT<br>ADJUSTERS, LLC, ET AL.<br><br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br>Case No.: 1:26-cv-00736-JPC |

**MOTION TO DISMISS AS TO DEFENDANT NATIONAL CREDIT ADJUSTERS, LLC**

COMES NOW Plaintiff, by and through her attorneys, and hereby dismisses, with prejudice, Defendant National Credit Adjusters, LLC pursuant to Rule 21 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

**HALVORSEN KLOTE DAVIS**

By: /s/ Joel S. Halvorsen

Joel S. Halvorsen, #67032
680 Craig Road, Suite 104
St. Louis, MO 63141
P: (314) 451-1314
F: (314) 787-4323
joel@hkdlawstl.com
*Attorneys for Plaintiff*